IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 APR -4  PM 3: 24
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTER DIV. DAYTON

IN THE MATTER OF THE SEARCH OF

5038 QUEENS AVENUE
DAYTON, OH   45406

CASE NO.   3:18 MJ 158

**Filed Under Seal**

ORDER SEALING APPLICATIONS, SEARCH WARRANTS,
SUPPORTING AFFIDAVITS AND RETURNS

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Applications, Supporting Affidavits, Search Warrants and Returns for captioned case be sealed and kept from public inspection.

DATE 4/4/18

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE